RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
TIFFANI D. HURST
Assistant Federal Public Defender
Illinois Bar No. 6278909
Danielle_Hurst@fd.org
JENNIFER YIM
Assistant Federal Public Defender
Illinois Bar No. 6270976
GERALD BIERBAUM
Research and Writing Attorney
Texas Bar No. 24025252
411 East Bonneville Avenue, Suite 250
Las Vegas, Nevada  89101
Telephone   (702) 388-6577
Facsimile    (702) 388-5819

Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS WAYNE CRUMP,<br><br>　　　　Petitioner,<br><br>vs.<br><br>RENEE BAKER, Warden and CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada,<br><br>　　　　Respondents. | Case No. 2:07-cv-00492-PMP-CWH<br><br>**NOTICE OF CHANGE OF ATTORNEY**<br><br>(Death Penalty Habeas Corpus Case) |

　　　It has come to the attention of this office that the following attorneys are still listed as attorneys to be noticed who are no longer employed with this office: Brian Abbington, Kelly Miller.

　　　In addition, Megan Hoffman, Assistant Federal Public Defender is no longer assigned to this case.

///

///

///

Counsel respectfully requests that these individuals be removed from the docket and the following Assistant Federal Public Defenders be added to the docket.

| Tiffani D. Hurst | Jennifer Yim | Gerald Bierbaum |
|---|---|---|
| ecf_nvchu@fd.org | ecf_nvchu@fd.org | ecf_nvchu@fd.org |

Respectfully submitted this 11th day of April, 2013.

RENE L. VALLADARES
Federal Public Defender

*/s/Tiffani D. Hurst*
Tiffani D. Hurst
Assistant Federal Public Defender

Attorneys for Petitioner

IT IS SO ORDERED.

Dated: April 11, 2013.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

In accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, the undersigned hereby certifies that on the 11th day of April 2013, a true and correct copy of the foregoing NOTICE OF CHANGE OF ATTORNEY was served by the United States District Court, CM/ECF electronic filing system to:

Heather Procter
Deputy Attorney General
hprocter@ag.nv.gov

　　　　　　　　　　　　　　　　*/s/ Jeremy Kip*
　　　　　　　　　　　　　　　　Employee of the Federal Public Defender

3