# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| THOMAS WAYNE CRUMP | Case No. 2:07-cv-00492-APG-CWH |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE,[1] *et al.*, | |
| Respondents. | |

Counsel for petitioner has filed a Suggestion of Death on the record. ECF No. 90. Petitioner died on or about June 15, 2018. The death renders this habeas action moot. Therefore, this case is dismissed without prejudice. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

Dated: July 24, 2018.

ANDREW P. GORDON,
UNITED STATES DISTRICT JUDGE

---

[1] Warden Gittere is automatically substituted for former warden Timothy Filson. Fed. R. Civ. P. 25(d).